UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAYS INNS WORLDWIDE, INC.,** *Plaintiff*, v. **FINE HOSPITALITY, INC., et al.,** *Defendants.* | Civil Action No. 16-0553 ORDER |

**ARLEO,** UNITED STATES DISTRICT JUDGE

**THIS MATTER** comes before the Court on Plaintiff Days Inns Worldwide, Inc.'s ("DIW") motion for default judgment against Defendant Ravi Parekh ("Parekh") pursuant to Federal Rule of Civil Procedure 55(b)(2), Dkt. No. 17;

and for the reasons set forth in the Court's accompanying Opinion;

**IT IS**, on this 30th day of January, 2017,

**ORDERED** that Plaintiff's motion for default judgment, Dkt. No. 17, is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiff shall file a revised motion for default judgment within **thirty days** of this Order.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**

1